Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Vanessa G. Sandoval, et al,<br><br>Defendants. | CASE NO. 2:18-cv-01274-WDK-JC<br><br>STIPULATED JUDGMENT |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and between counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Forty Thousand Dollars (U.S. $40,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and against Defendants VANESSA G. SANDOVAL AND KING FISH RESTAURANT, INC.

///

The Parties, and each of them, waive any and all rights to seek of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment forthwith.

Dated: 9/10/18

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: September 10, 2018

_____
RIMON, P.C.
By: Omero Banuelos
Attorneys for Defendants
VANESSA G. SANDOVAL AND KING FISH RESTAURANT, INC.

///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 10, 2018, I caused to serve the following documents entitled:

**STIPULATED JUDGMENT**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

| | |
|---|---|
| Mr. Omero Banuelos, Esq.<br>**RIMON, P.C.**<br>2029 Century Park East Suite 400<br>Los Angeles, CA 90067 | (Attorneys for Defendants<br>Vanessa G. Sandoval and King<br>Fish Restaurant, Inc.) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 10, 2018, at South Pasadena, California

Dated: September 10, 2018          /s/ Cleo McKisson
                                   **CLEO MCKISSON**

STIPULATION OF DISMISSAL
Case No. 2:18-cv-01274-WDK-JC
PAGE 3