Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

JS-6

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Vanessa G. Sandoval, et al,<br><br>Defendants. | CASE NO. 2:18-cv-01274-WDK-JC<br><br>ORDER GRANTING STIPULATED JUDGMENT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Forty Thousand Dollars (U.S. $40,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and against Defendants VANESSA G. SANDOVAL AND KING FISH RESTAURANT, INC.

///

**STIPULATED JUDGMENT**
**Case No. 2:18-cv-01274-WDK-JC**
**PAGE 1**

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment forthwith.

**IT IS SO ORDERED**:

_____   Dated: 09/11/18
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///